# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **RAFAEL SANTOS REYES LOPEZ,**<br><br>***Petitioner*****,**<br><br>**v.**<br><br>**PAMELA BONDI, ATTORNEY GENERAL, UNITED STATES DEPARTMENT OF JUSTICE; KRISTI NOEM, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; TODD M LYONS, ACTING DIRECTOR OF IMMIGRATION AND CUSTOMS ENFORCEMENT; AND DAVID EASTERWOOD, FIELD OFFICE DIRECTOR, ST. PAUL FIELD OFFICE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,**<br><br>***Respondents*****.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **No. 3:26-CV-00334-LS** |

**FINAL JUDGMENT**

Before this Court is the above styled and numbered cause. On this date, the Court dismissed Petitioner's application for habeas corpus relief pursuant to 28 U.S.C. § 2241. Accordingly, as all issues in the cause have been resolved, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that Petitioner's application for habeas corpus relief pursuant to 28 U.S.C. § 2241 is hereby **DISMISSED**. Any and all pending motions are **DENIED AS MOOT**.

It is finally **ORDERED** that the above styled and numbered cause is hereby **CLOSED**.

**SO ORDERED**.

**SIGNED** and **ENTERED** on May 4, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**